JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
MAY 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FORD PRINCE, | Case No. CV 07-5374-DSF (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 5-9-08

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 1 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE